# HARRY DENNIS HARMON, JR.

ATTORNEY AND COUNSELOR AT LAW
JANAF OFFICE BUILDING, SUITE 208
5900 EAST VIRGINIA BEACH BOULEVARD
NORFOLK, VIRGINIA 23502-2487

Telephone: (757) 623-2353

Admitted in VA, NY & NJ  
E-Mail: harryharmonjr@gmail.com

harryharmonattorney.com  
Facsimile: (757) 623-2354

October 18, 2016

United States Probation Office
Walter E. Hoffman U.S. Court House
600 Granby Street
Norfolk, VA 23510-1922

    Re:  United States of America v. Marque Jamar Wilson
          Case No. 2:14cr97

Dear Sir or Madam:

This letter will serve as a formal written request to attend all interviews conducted by the United States Probation Office with my client, Marque Jamar Wilson, during the pre-sentence investigation.

Thank you for your assistance in this matter.

With kind regards, I am

                Very truly yours,

                Harry Dennis Harmon, Jr.

HDH\gq
cc:  Clerk - Criminal Division
      Marque Jamar Wilson